# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Jennifer Lynn Lueken behalf of Rick Lueken

Plaintiff

v.

EPA, FDA, OSHA

Defendant(s)

Case Number: 21-CV-03-SPM
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of __Illinois__ (state), who resides at __104 Davis Drive, Watson, IL 62473__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant __EPA__ is employed as
    (a)   (Name of First Defendant)
__Agency__
    (b)   (Position/Title)

(10/2010)

with _____Agency_____
           (c)    (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain:

*Agency controls environmental issues*

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.   Defendant _____FDA_____ is employed as
              (Name of Second Defendant)

_____Agency_____
       (Position/Title)

with _____Agency_____
          (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If you answer is YES, briefly explain:

*Agency controls food, drinks, medications*

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.   Defendant __OSHA__ is employed as
(Name of Third Defendant)

__Agency__
(Position/Title)

with __Agency__
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:
Agency/facility controls what is safe for consumers/workers

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☒ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

   Plaintiff(s): Jennifer Lynn Lueken on behalf of Richard Dennis "Rick" Lueken

   Defendant(s): Barnes Jewish Hospital

2. Case number: 3:20-cv-1346-NJR

3. Name of Judge to whom case was assigned: Nancy J. Rosenstengel

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

   Pending

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

My husband, Rick Lueken painted our house walls (interior) — 8 months later, Rick had headaches — due to a tumor behind his nose. There should not be carcinogens added to any product, that we use, eat, drink or come in contact with. This has to quit being allowed. My husband's life is ruined and gone due to carcinogens in paint and horrible providers.

(10/2010)

## V. REQUEST FOR RELIEF (check as many boxes as appropriate)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 1,000,000.00

Punitive damages in the amount of $ 1,000,000.00

An ordering requiring defendant(s) to: Stop adding/allowing carcinogens to be in food, drinks, paint, stain, weed killer.

A declaration that:

Other: lives are being taken, due to this incompetence.

## VI. JURY DEMAND (check one box below)

Plaintiff ☑ does or ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 12/22/20 (date)

Signature of Plaintiff: Jennifer Lynn Lueken

104 Davis Drive
Street Address

Printed Name: Jennifer Lynn Lueken

Watson, IL 62473
City, State, Zip

(10/2010)

A nurse, Brittany in the emergency department stuck a needle in a feeding tube, to get it unclogged and punctured the feeding tube. Then, the hospital was suppose to pay for this to be replaced, but my Rick's insurance had to pay for this nurse's incompetency and the incompetency of the facility for hiring such incompetent medical staff.

This company gave my husband, Rick, an overdose of medicine: steroids, blood pressure, did not feed him, dehydrated him, allowed my husband to bleed and did not give Rick a blood transfusion. We were told by the Chief Medical Officer (CMO), acting as the hospitalist, that there is no right or wrong dose of steroids. This is incorrect information to be telling anyone. There is a right dose and wrong dose of any medication. A physician of all people should already know this, before 12/11/2018. My husband, Rick DID NOT ever have blood pressure issues, kidney issues---all of my husband's organs worked properly.

My husband, Rick panicked frantically on 12/20/2020 and on 12/21/2020, Rick grabbed in the middle of my sweater, then he grabbed my right arm and then, he shoved me, due to being aggravated with me not knowing what he was saying to me. Then, Rick took my Mom's hands and shook them, frantically. Rick was really telling something of great importance to me and to my Mom, but we could not understand what Rick was saying to us. Later, we were told by the CMO, that my Rick was dying (said to us in an ill manner). The death certificate states, multi-organ failure for 1 weeks (spelled *wrong* by the CMO). No one told us of this, at anytime. My Mom and I asked the nurses, if they knew this was happening, they said, they didn't know, yet, it is on the death certificate. Rick was suppose to come home on 12/20/2020, stated by CMO Ryan Jennings.

This business needs to be closed, due to the action performed against my husband, Rick and many patients. There is no law of euthanasia in Illinois. No one has the right to take the rights of patients away, no matter the age of the patients.

This is what they did to my Rick.
No one cares until it happens to his/her family members or self.

**Rick and Jennifer Lueken**

Per Clayton Pagel, funeral director, Rick's hair was so dehydrated; Clayton had to wash Rick's hair 3 times—due to dry scalp.

Case against HSHS St. Anthony's Memorial Hospital

104 Davis Drive
Watson, IL 62473

Clerk
United States District Court
750 Missouri Avenue
East St Louis, IL 62201

